USAMA KAHF (SBN 266443)
ukahf@fisherphillips.com
FISHER & PHILLIPS LLP
2050 Main Street, Suite 1000
Irvine, California 92614
Telephone: (949) 851-2424
Facsimile: (949) 851-0152

DARCEY M. GRODEN (SBN 296492)
dgroden@fisherphillips.com
XUAN ZHOU (SBN 333504)
xzhou@fisherphillips.com
FISHER & PHILLIPS LLP
4747 Executive Drive, Suite 1000
San Diego, California 92121
Telephone: (858) 597-9600
Facsimile: (858) 597-9601

Attorneys for Defendant
AUTONATION, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

MIKE XAVIER individually and on behalf of similarly situated individuals,

Plaintiffs,

v.

AUTONATION, INC.,

Defendant.

CASE NO.: 5:25-cv-00731-AB-DTB

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT AUTONATION, INC.'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(B)(1), 12(B)(6), AND 12(F)**

*[Filed Concurrently with the Notice of Motion, Memorandum of Points and Authorities, Declarations of Beth Fergus and Usama Kahf and [Proposed] Order]*

Date: November 7, 2025
Time: 10:00 AM
Crtrm: 7B
Judge: André Birotte Jr.

Complaint Filed: March 24, 2025
FAC Filed: June 23, 2025
Trial Date: None

Pursuant to Federal Rule of Evidence 201, Defendant AutoNation, Inc. ("Defendant") respectfully requests the Court take judicial notice of the following documents in support of its Motion to Dismiss Plaintiff Mike Xavier's First Amended Complaint. Judicial notice of the following document can be "accurately and readily determined" from the exhibits attached hereto and the accuracy of those exhibits "cannot reasonably be questioned." Fed. R. Evid. 201.

1. **Exhibit A** – A true and correct copy of the publicly available Privacy Policy from https://www.invoca.com/privacy-policy effective since July 29, 2024, which is cited in the First Amended Complaint ("FAC") at Para. 23, footnote 11, filed on June 20, 2025. A court can consider certain materials, such as documents incorporated by reference into a complaint, "if the plaintiff refers extensively to the document or the document forms the basis of the plaintiff's claim[]" without converting the motion to dismiss into a motion for summary judgment. *United States v. Ritchie*, 342 F.3d 903, 908 (9th Cir. 2003). Here, Plaintiff specifically cites Defendant's Privacy Policy in his FAC as the factual basis for his allegations that Invoca used his personal information to "improve, operate, maintain, and [] market the Invoca Platform" and "conduct internal research in order to enhance the Invoca Platform and Services." (FAC ¶ 11). Additionally, a court can take judicial notice of a privacy policy when it is publicly available online and its existence cannot be denied. *Opperman v. Path, Inc.*, 205 F. Supp. 3d 1065, 1068 n.3 (N.D. Cal. 2017).

2. **Exhibit B** – A true and correct copy of AutoNation, Inc.'s 2024 Annual Report (Form 10-K) filed with the U.S. Securities and Exchange Commission (SEC) on February 14, 2025, available in the SEC's EDGAR database at https://www.sec.gov/Archives/edgar/data/350698/000035069825000072/ars2024.pdf. (last visited August 8, 2025). SEC filings are subject to judicial notice. *Drieling v. Am. Exp. Co.*, 458 F.3d 942, 946 n.2 (9th Cir. 2006); *Hybrid Fin. Ltd. v. Hammitt, Inc.*, No. 2:22-CV-08635-DSF-MRW, 2023 WL 9319022, at *2 (C.D. Cal. Dec. 14, 2023).

3. **Exhibit C** – A true and correct copy of Roseville Motor Corporation's Articles of Incorporation filed with California State of Secretary on January 3, 1984, available at https://bizfileonline.sos.ca.gov/search/business (last visited August 6, 2025). Search for "Roseville Motor Corporation"; click on the link for "Roseville Motor Corporation (1235758)"; click on the link "View History"; and click on "Initial Filing – 1/3/1984". Articles of incorporation are subject to judicial notice. *Mirage v. Costco Wholesale Corp.*, No. 2:25-cv-04856-AH-(SKx), 2025 WL 2201070, at *1 n.1 (C.D. Cal. July 31, 2025).

4. **Exhibit D** – A true and correct copy of Roseville Motor Corporation's Certificate of Amendment of Articles of Incorporation filed with California State of Secretary on April 20, 1984, available at https://bizfileonline.sos.ca.gov/search/business (last visited August 6, 2025). Search for "Roseville Motor Corporation"; click on the link for "Roseville Motor Corporation (1235758)"; click on the link "View History"; and click on "Amendment – 4/20/1984". Articles of incorporation are subject to judicial notice. *Mirage*, 2025 WL 2201070, at *1 n.1.

5. **Exhibit E** – A true and correct copy of Roseville Motor Corporation's Restated Articles of Incorporation filed with California State of Secretary on June 29, 2001, available at https://bizfileonline.sos.ca.gov/search/business (last visited August 6, 2025). Search for "Roseville Motor Corporation"; click on the link for "Roseville Motor Corporation (1235758)"; click on the link "View History"; and click on "Restated Articles of Incorporation – 6/29/2001". Articles of incorporation are subject to judicial notice. *Mirage*, 2025 WL 2201070, at *1 n.1.

6. **Exhibit F** – A true and correct copy of Roseville Motor Corporation's Statement of Information filed with California State of Secretary on January 2, 2024, available at https://bizfileonline.sos.ca.gov/search/business (last visited August 6, 2025). Search for "Roseville Motor Corporation"; click on the link for "Roseville Motor Corporation (1235758)"; click on the link "View History"; and click on

"Statement of Information – 1/2/2024". Statements of information are subject to judicial notice. *Rothschild v. Gildred*, No. 23-cv-02105-LJC, 2025 WL 689722, at *3 (N.D. Cal. Mar. 4, 2025); *G & G Closed Circuit Events, LLC v. Macias*, No. 20-cv-02916-SVK, 2020 WL 8669824, at *2 (N.D. Cal. Nov. 19, 2020).

7. **Exhibit G** – A true and correct copy of Roseville Motor Corporation's Statement of Information filed with California State of Secretary on February 17, 2025, available at https://bizfileonline.sos.ca.gov/search/business (last visited August 6, 2025). Search for "Roseville Motor Corporation"; click on the link for "Roseville Motor Corporation (1235758)"; click on the link "View History"; and click on "Statement of Information – 2/17/2025". Statements of information are subject to judicial notice. *Rothschild*, 2025 WL 689722, at *3; *G & G Closed Circuit Events, LLC*, 2020 WL 8669824, at *2.

8. **Exhibit H** – A true and correct copy of Roseville Motor Corporation's Statement of Information filed with California State of Secretary on August 6, 2025, available at https://bizfileonline.sos.ca.gov/search/business (last visited August 6, 2025). Search for "Roseville Motor Corporation"; click on the link for "Roseville Motor Corporation (1235758)"; click on the link "View History"; and click on "Statement of Information – 8/6/2025". Statements of information are subject to judicial notice. *Rothschild*, 2025 WL 689722, at *3; *G & G Closed Circuit Events, LLC*, 2020 WL 8669824, at *2.

9. **Exhibit I** – A true and correct copy of Auto Car, Inc.'s Articles of Incorporation filed with California State of Secretary on May 20, 1987, available at https://bizfileonline.sos.ca.gov/search/business (last visited August 6, 2025). Search for "Auto Car, Inc."; click on the link for "Auto Car, Inc. (1588037)"; click on the link "View History"; and click on "Initial Filing – 5/20/1987". Articles of incorporation are subject to judicial notice. *Mirage*, 2025 WL 2201070, at *1 n.1.

10. **Exhibit J** – A true and correct copy of Auto Car, Inc.'s Restated Articles of Incorporation filed with California State of Secretary on June 29, 2001, available

at https://bizfileonline.sos.ca.gov/search/business (last visited August 6, 2025). Search for "Auto Car, Inc."; click on the link for "Auto Car, Inc. (1588037)"; click on the link "View History"; and click on "Restated Articles of Incorporation – 6/29/2001". Articles of incorporation are subject to judicial notice. *Mirage*, 2025 WL 2201070, at *1 n.1.

11. **Exhibit K** – A true and correct copy of Auto Car, Inc.'s Statement of Information filed with California State of Secretary on October 16, 2024, available at https://bizfileonline.sos.ca.gov/search/business (last visited August 6, 2025). Search for "Auto Car, Inc."; click on the link for "Auto Car, Inc. (1588037)"; click on the link "View History"; and click on "Statement of Information – 10/16/2024". Statements of information are subject to judicial notice. *Rothschild*, 2025 WL 689722, at *3; *G & G Closed Circuit Events, LLC*, 2020 WL 8669824, at *2.

12. **Exhibit L** – A true and correct copy of Auto Car, Inc.'s Statement of Information filed with California State of Secretary on May 6, 2025, available at https://bizfileonline.sos.ca.gov/search/business (last visited August 6, 2025). Search for "Auto Car, Inc."; click on the link for "Auto Car, Inc. (1588037)"; click on the link "View History"; and click on "Statement of Information – 5/6/2025". Statements of information are subject to judicial notice. *Rothschild*, 2025 WL 689722, at *3; *G & G Closed Circuit Events, LLC*, 2020 WL 8669824, at *2.

13. **Exhibit M** – A true and correct copy of the complaint in *Lien v. Talkdesk, Inc*, No. 24-cv-06467 (N.D. Cal. Feb. 19, 2025), ECF No. 1, available on the Northern District Court of California's docket through PACER at https://pacer.uscourts.gov. Pleadings from the docket of a case in federal court are properly subject to judicial notice. *Asdar Group v. Pillsbury, Madison &* Sutro, 99 F.3d 289, 290 n.1 (9th Cir. 1996).

14. **Exhibit N** – A true and correct copy of the YouTube video cited in the FAC at Para. 25., footnote 13, is available at the following URL: https://www.youtube.com/watch?v=ohxPPYzRCQM. (For purposes of this RJN, a

screenshot of the webpage with the video is attached, although the full video can be located at the link.) Plaintiff cites and quotes from this YouTube video to support his allegation "AutoNation utilized Invoca's marketing attribution, signal building, and conversation analytics features." (FAC ¶ 25 n. 13). This YouTube video is incorporated by reference and therefore properly subject to judicial notice. *Ritchie*, 342 F.3d at 908. Additionally, the court may take judicial notice of material on websites, including YouTube. *Novation Solutions, Inc. v. Issuance*, No. 2:23-cv-00696-WLH-KSx, 2023 WL 6373871, at *14 (C.D. Cal. Aug. 16, 2023).

15. **Exhibit O** – A true and correct copy of the Invoca blog, posted at this URL: https://www.invoca.com/blog/ci-hero-matteo-togni, which is cited in the FAC at Para. 25, footnote 14. Plaintiff cites to this blog post for the premise that "AutoNation utilized Invoca's marketing attribution, signal building, and conversion analytics features." (FAC ¶ 25 n.14.) The blog post is incorporated by reference and therefore properly subject to judicial notice. *Ritchie*, 342 F.3d at 908. Additionally, the court may take judicial notice of material on websites. *Novation Solutions, Inc.*, 2023 WL 6373871, at *14.

16. **Exhibit P** – A true and correct copy of the Invoca customer webpage, available at: https://www.invoca.com/customers/autonation, which is quoted in the FAC at Para. 27 and cited in footnote 17. Plaintiff quoted language stating that "Invoca automatically records and transcribes each inbound call, and AutoNation uses these insights to identify sales agents' weaknesses and coach them to improve their performance." (FAC ¶ 27 n. 17). The webpage is incorporated by reference and therefore properly subject to judicial notice. *Ritchie*, 342 F.3d at 908. Additionally, the court may take judicial notice of material on websites. *Novation Solutions, Inc.*, 2023 WL 6373871, at *14. The specific content quoted in the FAC is no longer available on the live webpage but is accessible through the Internet Archive (Wayback Machine), available at https://web.archive.org/web/20220525175939/https://www.invoca.com/customers/a

utonation (reflecting the page as of May 25, 2022). A true and correct copy of the archived version is attached hereto as Exhibit O. This webpage is incorporated by reference and therefore properly subject to judicial notice. *Ritchie*, 342 F.3d at 908. Additionally, webpages archived through the Wayback Machine may be judicially noticed. *Hall v. HP, Inc.*, No. 8:24-cv-02507-DOC-KES, 2025 WL 1711443, at *4 (C.D. Cal. Apr. 23, 2025); *Hybrid Fin. Ltd.*, 2023 WL 9319022, at *2.

Dated: August 7, 2025 FISHER & PHILLIPS LLP

By: */s/ Usama Kahf*
USAMA KAHF
DARCEY M. GRODEN
XUAN ZHOU
Attorneys for Defendant
AUTONATION, INC.