# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE XAVIER individually and on behalf of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>AUTONATION, INC.,<br><br>Defendant. | CASE NO.: 5:25-cv-00731-CAS-DTB<br><br>**[PROPOSED] ORDER REGARDING SECOND JOINT STIPULATION TO STAY DISCOVERY**<br><br>Complaint Filed: March 24, 2025<br>FAC Filed: June 23, 2025<br>Trial Date: None |

Having reviewed the Parties' Second Joint Stipulation to Stay Discovery and finding good cause appearing therefor, the Court hereby **ORDERS** as follows:

1. The Rule 26 Scheduling Conference (and all related dates, including initial disclosures), and all discovery is hereby stayed for ninety (90) days from the date of this Order to allow the Parties to pursue settlement discussions in good faith.

2. The hearing for the Motion to Dismiss scheduled for November 21, 2025 at 10:00 a.m. is to remain on calendar.

3. The Parties shall promptly notify the Court if a settlement is reached during the stay period.

///

4.  If no settlement is reached within the stay period, the Parties shall file a joint status report within seven (7) days after the expiration of the stay, proposing new case deadlines.

**IT IS SO ORDERED.**

Dated: November __, 2025      _____
                              Honorable André Birotte Jr.
                              UNITED STATES DISTRICT COURT JUDGE