1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| MIKE XAVIER individually and on behalf of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>AUTONATION, INC.,<br><br>Defendant. | CASE NO.: 5:25-cv-00731-CAS-DTB<br><br>[PROPOSED] ORDER GRANTING THIRD JOINT STIPULATION TO STAY DISCOVERY AND JOINT STIPULATION TO CONTINUE DEADLINES RELATED TO DEFENDANT'S MOTION TO DISMISS |
|---|---|

Having reviewed and considered the Parties' Third Joint Stipulation to Stay Discovery Joint Stipulation to Continue Deadlines Related to Defendant's Motion to Dismiss (the "Stipulation") and finding good cause appearing therefor, the Court GRANTS the Stipulation.

IT IS HEREBY ORDERED that:

1. The Rule 26 Scheduling Conference (and all related dates, including initial disclosures), and all discovery is hereby stayed for ninety (90) days from the date of this Order to allow the Parties to pursue settlement discussions in good faith.

2. The briefing schedule for Defendant's Motion to Dismiss shall be as follows: Defendant's motion to dismiss shall be filed by March 6, 2026; Plaintiff's

1

opposition shall be filed by March 27, 2026; and Defendant's reply shall be filed by April 14, 2026.

3. The Parties shall promptly notify the Court if a settlement is reached during the stay period.

4. If no settlement is reached within the stay period, the Parties shall file a joint status report within seven (7) days after the expiration of the stay, proposing new case deadlines.

**IT IS SO ORDERED.**

Dated: February 19, 2026

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE