USAMA KAHF (SBN 266443)
ukahf@fisherphillips.com
FISHER & PHILLIPS LLP
2050 Main Street, Suite 1000
Irvine, California 92614
Telephone: (949) 851-2424
Facsimile: (949) 851-0152

DARCEY M. GRODEN (SBN 296492)
dgroden@fisherphillips.com
XUAN ZHOU (SBN 333504)
xzhou@fisherphillips.com
FISHER & PHILLIPS LLP
4747 Executive Drive, Suite 1000
San Diego, California 92121
Telephone: (858) 597-9600
Facsimile: (858) 597-9601

Attorneys for Defendant
AUTONATION, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE XAVIER individually and on behalf of similarly situated individuals, <br><br> Plaintiffs, <br><br> v. <br><br> AUTONATION, INC., <br><br> Defendant. | CASE NO.: 5:25-cv-00731-AB-DTB <br><br> **DEFENDANT AUTONATION, INC.'S NOTICE OF RULE 12 MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT** <br><br> *[Filed Concurrently with the Memorandum of Points and Authorities, Declarations of Beth Fergus and Darcey M. Groden, Request for Judicial Notice and [Proposed] Order]* <br><br> Date:      May 1, 2026 <br> Time:     10:00 A.M. <br> Crtrm:    7B <br> Judge:    André Birotte Jr. <br><br> Complaint Filed: March 24, 2025 <br> FAC Filed:     June 23, 2025 <br> SAC Filed:     February 4, 2026 <br> Trial Date:     None |

1

**TO THE COURT, PLAINTIFF, AND HIS ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on May 1, 2026 at 10:00 a.m. or as soon thereafter as this matter may be heard in Courtroom 7B, 350 W. First Street, Courtroom 7B, 8th Floor, Los Angeles, CA 90012, Defendant AUTONATION, INC. will and hereby does move this Court pursuant to Federal Rules of Civil Procedure, Rule 12(b)(2) for an order dismissing the Second Amended Complaint in its entirety for lack of personal jurisdiction.

Alternatively, Defendant requests that the entire Complaint be dismissed under Federal Rules of Civil Procedure, Rule 12(b)(1) for lack of Article III standing.

Alternatively, Defendant seeks dismissal of the entire Complaint under Federal Rules of Civil Procedure, Rule 12(b)(6) for failure to state a claim as to each and every cause of action. Specifically:

(i)    Both of Plaintiff's claims are time barred;

(ii)    Plaintiff fails to state a claim for violation of Penal Code § 631(a) because Invoca is exempt from liability as telephone company;

(iii)    Plaintiff fails to state a claim for violation of Penal Code § 631(a) because Invoca is not a third-party to the communications; (iv) Plaintiff fails to state a claim

(iv)    Plaintiff fails to state a claim for violation of Penal Code § 632(a) because Invoca's platform is not an electronic amplifying or recording device;

(v)    Plaintiff fails to state a claim for violation of Penal Code § 632(a) because Plaintiff does not allege facts supporting that any communication was confidential; and

(vi)    Plaintiff fails to state a claim for violation of Penal Code § 632(a) because Plaintiff fails to allege that he did not have knowledge of or consent to recording.

2

DEFENDANT AUTONATION, INC.'S NOTICE OF RULE 12 MOTION TO DISMISS PLAINTIFF'S SECOND
AMENDED COMPLAINT

This motion is based on this Notice, the Memorandum of Points and Authorities, the August 7, 2025 and March 5, 2026 Declarations of Beth Fergus and exhibits attached thereto, the Declaration of Darcey M. Groden, the Request for Judicial Notice, [Proposed] Order, all papers previously filed in this matter, and on such other and further evidence which may be presented at the time of the hearing

**MEET AND CONFER PURSUANT TO LOCAL RULE 7-3**

Counsel for the Parties have met and conferred by video conference on February 10, 2026. (Declaration of Darcey M. Groden at ¶¶ 1-6.) The Parties were unable to reach a resolution on the issues in the instant Motion which could eliminate the necessity for filing this Motion. (*Id.*)


Dated: March 6, 2026                          FISHER & PHILLIPS LLP


By:  */s/ Usama Kahf*
USAMA KAHF
DARCEY M. GRODEN
XUAN ZHOU
Attorneys for Defendant
AUTONATION, INC.

DEFENDANT AUTONATION, INC.'S NOTICE OF RULE 12 MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT

FP 62186042.1