# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE XAVIER individually and on behalf of similarly situated individuals, | Case No.: 5:25-cv-00731-CAS-DTB |
| Plaintiffs, | [PROPOSED] ORDER GRANTING FOURTH JOINT STIPULATION TO STAY DISCOVERY AND RELATED DEADLINES |
| v. | |
| AUTONATION, INC., | |
| Defendant. | |

1

Having reviewed the Parties' Fourth Joint Stipulation to Stay Discovery and Related Deadlines ("Stipulation") and finding good cause appearing, the Court **GRANTS** the Stipulation.

**IT IS HEREBY ORDERED THAT:**

1.    The April 3, 2026 Scheduling Conference is VACATED.

2.    All discovery is hereby stayed until June 4, 2026.

3.    The Parties shall promptly notify the Court if a settlement is reached during the stay period.

If no settlement is reached within the stay period, the Parties shall file a joint status report within seven (7) days after the expiration of the stay, proposing revised case deadlines (including a new date for the Rule 26 Scheduling Conference).

**IT IS SO ORDERED.**

Dated: March 18, 2026

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

2