JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE XAVIER individually and on behalf of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>AUTONATION, INC.,<br><br>Defendant. | Case No.: 5:25-cv-00731-AB-DTB<br><br>~~[PROPOSED]~~ **JUDGMENT** |

Pursuant to Federal Rule of Civil Procedure 58, and in accordance with the Court's Order dated June 11, 2026 (Dkt. 54) granting Defendant AutoNation, Inc.'s ("Defendant") Motion to Dismiss Plaintiff Mike Xavier's ("Plaintiff") Second Amended Company and Denying Request for Judicial Notice, the Court hereby enters judgment as follows:

1.      Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint is **GRANTED** on the ground that the Court lacks personal jurisdiction over Defendant.

2.      Defendant's Request for Judicial Notice is **DENIED** as moot.

3.      Plaintiff's Second Amended Complaint is dismissed with prejudice and without leave to amend.

4.      Judgment is entered in favor of Defendant and against Plaintiff.

5.      Defendant is the prevailing party.


**IT IS SO ORDERED.**


Date: June 18, 2026

_____

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1